UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

NAUTILUS INSURANCE COMPANY
                     Plaintiff

-Vs.-

Sussex & Warren Holding Corp., JT's Catering,
JT's Play Zone, JT's Skate Zone and Essex Health
& Country Club, K.T., an infant by her Guardian
Ad Litem, F.T., C.T. and F.T., individually; P.B.,
M.C., SOM, ECI, doing business as JTC, JTB,
and CSC, CSC, SWH, JT, ESTATE OF JT, and
Howard G. Wachenfeld
                     Defendants

**NO.: 2:06-cv-4840**

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Nautilus Insurance Company, and Defendants, by and through their respective counsel of record, hereby give notice of the voluntary dismissal, with prejudice, of all claims against all parties in the above-captioned action pursuant to Rule 41 of the Federal Rules of Civil Procedure.

This the _13_ day of _August_ 2008.

Respectfully submitted,

THOMAS PASCHOS & ASSOCIATES, P.C.

_____
Thomas Paschos, Esquire
30 North Haddon Avenue
Suite 200
Haddonfield, New Jersey 08033

*Attorney for Plaintiff, Nautilus Insurance Company*

LENTZ & GENGARO

_____
Mitchell L. Goldstein, Esquire
347 Mt. Pleasant Avenue, Suite 203
West Orange, NJ 07052

*Attorney for Defendants, K.T., by her Guardian Ad Litem, F.T., C.T. and F.T. individually*

TOMKINS, MCGUIRE, WACHENFELD & BARRY, LLP

_____
Harry McEnroe, Esquire
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

*Attorney for Defendants, JT's Play Zone, JT's Skate Zone, Estate of Jerry Turco and Howard Wachenfeld*

FLORIO & KENNY, LLP

_____
Edward J. Florio, Esquire
Anthony J. Marchese, Esquire
100 Hudson Avenue
Box 771
Hoboken, N.J. 07030

*Attorneys for Defendant, M.C.*

_____
Mr. Paolo Bertolo
Apt. 3
Newark, NJ 07105

*Defendant Pro Se*

So Ordered
Peter McAlinden
6/25/08